**Dated: January 06, 2009**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION
_____

IN RE:         GREEN VALENTINE, INC.,         Case No. 01-34950-DSK

               Debtor.                        Chapter 7
_____

**ORDER APPROVING ADMINISTRATIVE CLAIMS AND DISBURSEMENT OF FUNDS**
_____

The Chapter 7 Trustee, has filed a Request to Close the above-styled and case and due notice has been given of the said and of the Trustee's recommendation for allowance and disallowance of claims.

No additional claims have been field which were not included in the Notice of Filing of Trustee's Request to Close, and there were no objections to the Trustee's Request to Close.

WHEREFORE, it appearing to the Court that the said request and recommendations are proper and should be approved and allowed; that all of the property of the debtor has been reduced to money; that all funds have been placed in a non-interest bearing account; and that said estate has been fully administered except for making distribution of the balance in the hands of the trustee, to wit: $232,970.80.

It is, hereby ORDERED that:

(1) The Request to Close case and recommendation of allowance and disallowance of claims be, and the same hereby are, approved.

(2) The Trustee make the following disbursements from the balance on hand, which sums are hereby fixed and allowed as follows (pursuant to Bankruptcy Rule 30; dividends of less that $5.00 will not be disbursed to creditors, but will be turned over to the Clerk of Court):

|  | Proposed Distribution | Actual Interim Distribution (Apr. 07) |
|---|---|---|
| P. PRESTON WILSON, Trustee | | |
| Trustee Commission (Based on Receipts of $568,875.38) | $19,693.77 | 12,000.00 |
| Trustee Expenses | $ 0.00 | |
| P. PRESTON WILSON, Attorney for the Trustee | $ 6,345.50 | |
| Attorney for the Trustee Expenses | $ 247.64 | |

DISTRIBUTION TO PRIORITY CLAIMS 100.000%

| 10. | Department of the Treasury | 5,020.94 |
| 26. | City of Memphis Treasurer | 276.05 |
| 65. | Tennessee Department of Revenue | 619.24 |
| 66. | Internal Revenue Service | 7,416.03 |

DISTRIBUTION TO UNSECURED CREDITORS   12.025951%

| | **General Unsecured** | **Allowed Claim Amount** | **Proposed Distribution** | **Actual Interim Distribution (Apr. 07)** |
|---|---|---|---|---|
| 3. | E.J. Prescott, Inc. | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 4. | Todd Jodarski, Hollingsworth | $ 20,000.00 | $ 1,405.19 | $1,000.00 |
| 6. | William Hamill | $ 50,338.50 | $ 3,536.75 | $2,516.93 |
| 7. | Lynn E. Barr | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 8. | Ed Suddarth | $ 54,250.00 | $ 3,811.58 | $2,712.50 |
| 10A. | Department of Tresury | $ 1,683.61 | $ 118.29 | $ 84.18 |
| 14. | Robert S. Frem | $ 20,000.00 | $ 1,405.19 | $1,000.00 |
| 15. | Robert Boulduc | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 16. | Patton & Taylor | $ 30,675.00 | $ 2,155.21 | $1,533.75 |
| 17. | Bruce Taylor | $ 30,675.00 | $ 2,155.21 | $1,533.75 |
| 18. | The Joel A. Laub and Kimberly L. Laub Family Trust | $ 57,500.00 | $ 4,039.92 | $2,875.00 |
| 20. | Joel Laub | $ 57,500.00 | $ 4,039.92 | $2,875.00 |
| 23. | Paul Lenczuk | $149,375.00 | $10,495.01 | $7,468.75 |
| 24. | Rich Adams | $ 51,000.00 | $ 3,583.23 | $2,500.00 |

| | | | | |
|---|---|---|---|---|
| 31. | Dick Moore, Inc. | $ 12,000.00 | $   843.11 | $   600.00 |
| 32. | Blaine Jenkins | $ 30,000.00 | $ 2,107.79 | $1,500.00 |
| 34. | Ron Ballou | $ 90,000.00 | $ 6,323.36 | $4,500.00 |
| 35. | Peter Davis, Inc. | $ 90,000.00 | $ 6,323.36 | $4,500.00 |
| 36. | James F. Cote | $ 40,000.00 | $ 2,810.38 | $2,000.00 |
| 37. | T.C. Restorations | $ 78,000.00 | $ 5,480.24 | $3,900.00 |
| 38. | Michael Coleman | $120,000.00 | $ 8,431.14 | $   675.00 |
| 39. | Earle H. Harbison, Jr. | $ 65,000.00 | $ 4,566.87 | $3,250.00 |
| 41. | Richard Patry | $ 95,000.00 | $ 6,674.65 | $4,750.00 |
| 43. | Dave Matheson | $ 80,000.00 | $ 5,620.76 | $4,000.00 |
| 44. | William R. Wurmer | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 45. | Eugene D. Gauthreaux | $182,000.00 | $12,787.23 | $9,100.00 |
| 46. | Rusty Gant | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 47. | Thomas A. Tuso | $ 30,000.00 | $ 2,107.79 | $1,500.00 |
| 48. | Charlie Montano | $ 62,000.00 | $ 4,356.09 | $3,100.00 |
| 49. | Roberta Kugele | $ 28,000.00 | $ 1,967.27 | $1,400.00 |
| 50. | Harry and Linda Clark | $ 16,250.00 | $ 1,141.72 | $   812.50 |
| 51. | John B. Wood, Jr. | $ 22,000.00 | $ 1,545.71 | $1,000.00 |
| 52. | Robert A. Damon | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 53. | Henry Wright | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 54. | Charles L. Peet | $ 47,000.00 | $ 3,352.20 | $2,350.00 |
| 55. | Jerry E. Wood | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 56. | Larry Kay | $ 65,000.00 | $ 4,566.87 | $3,250.00 |
| 58. | Jerry L. Ball | $100,000.00 | $ 7,025.95 | $5,000.00 |
| 59. | John Venable | $ 92,000.00 | $ 6,463.87 | $4,600.00 |
| 60. | Christopher Phillips | $ 35,000.00 | $ 2,459.08 | $1,750.00 |
| 61. | John T. Tuso | $ 58,000.00 | $ 4,075.05 | $2,900.00 |
| 62. | Mark Marusich | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 63. | Norman N. Blake, III | $ 55,000.00 | $ 3,864.27 | $2,750.00 |
| 64. | Empire Express, Inc. | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 67. | Thomas L. Abell | $ 16,000.00 | $ 1,124.15 | $   800.00 |
| 68. | Ed Sudarth | $ 45,000.00 | $ 3,161.68 | $2,250.00 |
| 71. | Paul Lenczuk | $ 50,062.50 | $ 3,517.36 | $2,503.13 |
| 73. | David R. Marker, DDS | $ 23,000.00 | $ 1,615.97 | $1,150.00 |
| 74. | Walter Wolfner | $ 43,200.00 | $ 3,035.21 | $2,160.00 |
| 75. | Terence Cudmore | $   8,500.00 | $   597.21 | $   425.00 |
| **TOTAL DISBURSEMENT** | | $2,941,009.61 | $206,682.89 | $167,057.75 |

It is further ORDERED that the Trustee file a Final Report and Account after said disbursement and the Trustee shall thereafter be discharged and the case be closed as provided by law.

Submitted and Approved By:

/s/ P. Preston Wilson
P. Preston Wilson,
Attorney for the Trustee
88 Union Avenue, 14th Floor
Memphis, TN 38103
Phone 901-523-1110

Fax 901-523-1139

Parties to be served:
All Entities on Matrix

# CERTIFICATE OF NOTICE

```
District/off: 0651-2           User: renita                Page 1 of 3                   Date Rcvd: Jan 08, 2009
Case: 01-34950                 Form ID: pdford02           Total Served: 136

The following entities were served by first class mail on Jan 10, 2009.
db           +Green Valentine, Inc.,    5055 Covington Way,    Memphis, TN 38134-5699
aty          +Alan L. Smoot,    Smoot & Utzman, P.C.,    2902 W. Main STreet, Suite 3,
               Rapid City, SD 57702-8174
aty           Barbara K. Hamilton,    c/o Becket & Lee LLP,    P.O. Box 3001 Dept. AC,    Malvern, PA  19355-0701
aty           James R. Becker,    5100 Poplar Ave. Ste 3200,    Memphis, TN  38137-3200
aty          +James R. Becker,    8 South Third Street,    Fifth Floor,    Memphis, TN 38103-2634
aty          +John W. McQuiston,    1000 Ridgeway Loop Road,    Suite 200,    Memphis, TN 38120-4036
aty          +Lawrence E. Baer,    The Baer Firm,    200 Jefferson Ave., Suite 725,    Memphis, TN 38103-8336
aty          +Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
cr           +American Express Centurion Bank,    % Becket & Watkins,    P.O. Box 3001,    Malvern, PA 19355-0701
cr            Empire Express, Inc.,    c/o Timothy H. Gatlin,    999 Channel,    Memphis, TN  38109
cr            John C. Mesloh,    c/o James R. Becker, Jr.,    5100 Poplar Ave. Ste 3200,
               Memphis, TN  38137-3200
cr           +Walter J. Wolfner,    10411 Lylewood Dr.,    St. Louis, MO 63131-2904
3873896      +AUSA,    200 Jefferson Ave.,    Suite 811,    Memphis, TN 38103-2351
3628114      +Alan Kochek,    c/o Bruce Feldbaum,    100 N. Main Street,    Memphis TN 38103-5011
27300942     +Alan Smoot,    Attorney at Law,    403 National Street Suite 1,    Rapid City, SD 57702-5908
3481943      +American Express Centurion Bank,    c/o Becket & Lee LLP,    P O Box 3001,    Malvern, PA 19355-0701
3628115      +Bill Hamill,    33 Collins Road,    Yarmouth ME 04096-7306
3628116      +Bill Wumer,    30294 Waterford Drive,    Perrysburg OH 43551-3480
3628117      +Blaine Jenkins,    38774 Trinidad Circle,    Palm Springs CA 92264-0223
3949645      +Blaine Jenkins,    c/o Richard L. Winchester, Jr., Esq.,    6060 Poplar Ave., Suite 295,
               Memphis, TN 38119-0907
3628118      +Bob Buldoc,    170 Perry Street,    Lowell MA 01852-3623
3628119      +Bob Damon,    1910 Straits View Drive,    Triburon CA 94920-1821
3628120      +Bob Dixon,    1201 N. State Street,    Belvidere IL 61008-2014
3628121       Bob Frem,    284 E. Temple Street,    Boylston MA 01505
3628122      +Bruce Taylor,    P.O. Box 38409,    Germantown TN 38183-0409
3628123      +Cecil Lamberson,    2176 West Street,    Germantown TN 38138-3869
4027613      +Charles L. Peet,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3628124      +Charles Morse,    1500 42nd Avenue, East,    Seattle WA 98112-3855
3628125      +Charlie Montano,    37 Kingsboro Avenue,    Gloversville NY 12078-3410
3628126      +Charlie Peet,    13260 Bryan Flat Road,    Jackson WY 83001-8856
3628127      +Christopher Phillips,    1610 Wynkoop Street,    Suite 500,    Denver CO 80202-1178
3873901      +City Attorney’s Office,    125 Mid-American Mall,    Rm. 314,    Attn: Bankruptcy Clerk,
               Memphis, TN 38103-2079
3926863      +City of Memphis Treasurer,    125 N. Main,    Room 301, City Hall,    Memphis, TN 38103-2080
3628128       Dave Geisler,    503 E. Fifth Street,    Murdo SD 57559
3628129      +Dave Matheson,    c/o Todd M. Machnik, Esq,    1000 Franklin Village Dr,    Franklin MA 02038-4001
3499519      +David Geisler,    c/o Alan L. Smoot,    2902 W. Main, Suite 3,    Rapid City, SD 57702-8174
27327073     +David R. Marker, D.D.S.,    3743 Sulphur Springs Road,    Toledo, OH 43606-2627
3628130      +Dean Lauterbach,    1910 First Avenue, East,    Newton IA 50208-4101
3899003      +Department of the Treasury,    Internal Revenue Service,    801 Broadway, MDP #146,
               Nashville, TN 37203-3811
3628131      +Dick Moore,    6565 Highway 51 North,    Millington TN 38053-7836
3628133       Don Wright,    c/o George McCrary,    2850 Bartlett Road,    Memphis TN 38134-4502
3885068      +E.J. Prescott, Inc.,    Peter E. Prescott,    c/o E.J. Prescott, Inc.,    P.O. Box 600,
               Gardiner, ME 04345-0600
3628134       Earl Marbison,    8812 Maryland Avenue,    Suite 250,    St Louis MO 63105
3980221       Earle H. Harbison, Jr.,    8812 Maryland Avenue, Suite 250,    St. Louis, MO 63105
3628135      +Ed Gatlin,    Empire Express, Inc.,    PO Box 13468,    Memphis TN 38113-0468
3892013      +Ed Suddarth,    c/o Concours West Inc.,    31352 Via Santa Maria,
               San Juan Capistrano, CA 92675-5534
4029880       Empire Express, Inc.,    c/o Steven N. Douglass, Esq.,    2700 One Commerce Square,
               Memphis, TN  38103
3997775      +Eugene D. Gauthreaux,    c/o Scott J. Crosby,    130 N. Court Avenue,    Memphis, TN 38103-2217
3564489      +Foster Accountancy, Inc.,    748 Charles Place,    Memphis, TN 38112-1603
3628138      +George Cates,    6584 Poplar Avenue,    Germantown TN 38138-3687
3628181      +Goldsmith’s,    P.O. Box 4588,    Carol Stream IL 60197-4588
3620194      +Harriette Coleman,    c/o John McQuiston, II,    1000 Ridgeway Loop Road,    Suite 200,
               Memphis, TN 38120-4036
3894596      +Harry L. Clark,    41965 Mesa Verdugo,    Temecula, CA 92592-9218
4027604      +Harry and Linda Clark,    c/o Ralph T. Gibson,    67 Union Avneue, Suite 1010,
               Memphis, TN 38103-5113
3628139      +Henry Clark,    28765 Single Oak Drive,    Suite 250,    Temecula CA 92590-3657
3628140      +Henry Wright,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3873895       Internal Revenue Service,    801 Braodway, MDP 146,    Attn: Insolvency Section,
               Nashville, TN 37203
3628141      +Irvin Prude,    7083 May Wood Lane,    Germantown TN 38138-5700
3628142      +Jack Griffiths,    1001 Elm Street,    Suite 205,    Manchester NH 03101-1845
3899801      +James Cole,    c/o Mendelson Law Firm,    P.O. Box 17235,    Memphis, TN 38187-0235
3628143      +James Davis,    PO Box 731,    Mahwah NJ 07430-0731
3628147      +James F. Cote,    c/o RMS, Inc.,    1390 Quail Lake Loop,    Colorado Springs, CO 80906-4648
27266358      James R. Becker,    Crone-Mason, PLC,    5100 Poplar Ave., Suite 3200,    Memphis, TN 38137-3200
3628144      +Jeff Bloom,    550 Paiea Street,    Honolulu HI 96819-1856
4027614      +Jerry E. Wood,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
28591105     +Jerry L. Ball,    265 South Bay Drive,    Bullard, TX 75757-8948
4027619      +Jerry L. Ball,    c/o Ralph T. Gibson,    65 Union Avenue/#101,    Memphis, TN 38103-5196
3628146      +Jerry Wood,    11427 Glenora Drive,    Houston TX 77065-2716
3628148      +Jim Karas Buick,    2080 Covington Pike,    Memphis TN 38128-6982
3628149      +Joel Laub,    9555 Del Webb Blvd.,    Las Vegas NV 89134-8317
4027607      +John B. Wood, Jr.,    c/o Ralph T. GIbson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
```

```
District/off: 0651-2           User: renita                 Page 2 of 3                   Date Rcvd: Jan 08, 2009
Case: 01-34950                 Form ID: pdford02            Total Served: 136


3628150      +John Bohnen,   c/o William Mortimer,   7630 S. County Line Road,   Unit 7,
               Burr Ridge IL 60527-4717
3628151      +John Breen,   20 Coburn Road,   Manchester CT 06040-4402
3502527      +John C. Mesloh and T&C Restorations, Inc,   c/o James R. Becker, Jr.,   Crone & Mason, PLC,
               8 South Third, 5th Floor,   Memphis, TN 38103-2634
3628152      +John N. Allen,   321 First Avenue, North,   Minneapolis MN 55401-1609
3628153       John Reeve,   One Classic Car Drive,   Blenheim Ontario, Canada   NOPLA
4027627      +John T. Tuso, P.O. Box 2001,   Frisco, Colorado 80443,   c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628154      +John Tuso,   PO Box 35,   Frisco CO 80443-0035
3628155      +John Venable,   6614 Medlin Road,   Monroe NC 28112-7350
4027622      +John Venable, 6614 Medlin Road,   Monroe NC 28112,   c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628156      +Larry Kay,   c/o Ralph T. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3899709      +Lauterbach Buick Pontiac,   1910 1st Avenue East,   Newton, IA 50208-4199
3540633      +Lundahl & Associates,   c/o Frank Holloman, Esq.,   242 Poplar Avenue,   Memphis, TN 38103-1946
3628157       Lynn Barr,   1450 Industrial Ave.,   Sebastopol, CA 95472-4848
3891957      +Lynn E. Barr,   c/o Ralph T. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628158      +Mark Heffington,   3215 Appling Road,   Bartlett TN 38133-3999
4027630      +Mark Marusich, 8550 E. Montecito Avenue,   Scottsdale Arizona 85251,   c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628159       Mark Marusick,   9550 E. Montecito Avenue,   Scottsdale AZ 85251
3628160      +Massachusettes Mutual,   PO Box 371309,   Pittsburg PA 15250-7309
3628161      +Master Card,   P.O. Box 6,   Tupelo MS 38802-0006
3628162      +Michael Coleman,   2005 Highway 82 West,   Greenwood MS 38930-2720
3499520      +Murdo Motors, Inc.,   c/o Alan L. Smoot,   2902 W. Main, Suite 3,   Rapid City, SD 57702-8174
3628163      +Norman H. Blake, III,   c/o Scott Crosby, Esq.,   130 N. Court Avenue,   Memphis TN 38103-2217
4029476       Norman H. Blake, III,   c/o Steven N. Douglass,   2700 One Commerce Square,   Memphis, TN 38103
3899789       Patton & Taylor,   P.O. Box 38409,   Germantown, TN 38183-0409
3628164      +Paul Callens,   PO Box 19,   Pickwick Dam TN 38365-0019
3628165      +Paul Lenczuk,   1313 Ensell Rd.,   Lake Zurich, IL 60047-1535
3628166      +Peter Davis, Inc.,   5613 Greenville Loop Rd.,   Wilmington, NC 28409-2316
3628167       Peter Prescott,   PO Box 600,   Gardiner, ME 04345-0600
3499518      +Pioneer Auto Museum,   c/o Alan L. Smoot,   2902 W. Main, Suite 3,   Rapid City, SD 57702-8174
3628168      +Rich Adams,   1618 Lincoln Road,   McHenry IL 60051-7850
3628169      +Richard Patry,   34 Wepawaug Road,   Woodbridge CT 06525-2423
4027610      +Robert A Damon,   c/o Ralph T. Gibson,   65 Union Avenue, Sutie 1010,   Memphis, TN 38103-5196
3899788      +Robert Bolduc,   c/o Mendelson Law Firm,   P.O. Box 17235,   Memphis, TN 38187-0235
26738751     +Robert Bolduc,   170 Perry St.,   Lowell, MA 01852-3623
3899786      +Robert S. Frem,   c/o Albert G. McLean, Attorney,   Bateman, Gibson & Childers, LLC,
               65 Union Ave., Suite 1010,   Memphis, TN 38103-5166
4027601      +Roberta Kugele,   c/o Ralph t. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628170      +Ron Ballou,   Golden State Feeds, Inc.,   P.O. Box 7105,   Visalia, CA 93290-7105
28207198      Ron Ballou,   Golden State Feeds, Inc.,   PO Box 173875,   Tulane, CA 93275
3628171       Rusty Gant,   1511 S. Vulture Mine Rd.,   Wickesburg AZ 85390
3628172       Sears,   86 Annex,   Atlanta GA 30386
3628173       Steve Seiter,   Seiter and Miller Advertising,   460 Park Ave. S. Floor 5,
               New York NY 10016-7315
3628174      +T & C Restorations,   199 Liberty Avenue,   Mineola NY 11501-3513
3972703      +T.C Restorations,   C/O Crone & Mason, PLC,   8 So. Third Street, Fifth Floor,
               Memphis,TN 38103-2634
3873893      +TN Attorney General’s Office,   Bankruptcy Unit,   426 5th Ave. North, 2nd Floor,
               Nashville, TN 37243-0001
4058192      +Tennessee Dept. of Revenue,   c/o Attorney General,   P.O. Box 20207,   Nashville, TN 37202-4015
27813938     +Terence Cudmore,   c/o Henry C. Shelton, III,   Armstrong Allen, PLLC,
               80 Monroe Avenue, Suite 700,   Memphis, TN 38103-2467
3628175      +Terry Johnson,   3750 S. Corona Street,   Englewood CO 80113-7513
3899810      +The Joel A. Laub and Kimberly L. Laub,   Family Trust,   Joel Laub, Trustee,
               9555 Del Webb Blvd.,   Las Vegas, NV 89134-8317
3953423      +Thomas A. Tuso,   P.O. Box 2550,   Frisco, CO 80443-2550
4088796       Thomas L. Abell,   P.O. Box 1-2810,   Jackson, MS 39236-2810
3628176       Thomas Tuso,   606 Little Cheif Way,   Frisco CO 80443
3628177      +Todd Jodarski,   262 W. 77th Street,   Indianapolis IN 46260-3608
3891756      +Todd Jodarski,   Hollingsworth & Associates,   J. David Hollingsworth,
               9202 N. Meridian St., Ste. 100,   Indianapolis, IN 46260-1810
3628178      +Tom Abel,   PO Box 12810,   Jackson MS 39236-2810
3873899      +U.S. Attorney’s Office,   c/o Tax Division/Dept. of Justice,   P.O. Box 14198,
               Washington, DC 20044-4198
3628179      +VISA,   P.O. Box 385,   Memphis TN 38101-0385
27480631      Walter Wolfner,   6 Westfield Lane,   St. Louis, MO 63131-2424
3942831      +William E. Maloney,   853 Emerson Gardens Road,   Lexington, MA 02420-2614
3628180       William Eugene Wood,   K-10 Route 1,   Lake Lotowana MO 64086
3983463      +William Eugene Wood,   c/o Peppel, Gomes & MacIntosh, PC Attys,   474 Perkins Ext., Ste. 205,
               Memphis, TN 38117-3803
3558854      +William Hamill,   c/o Lawrence E. Baer,   Baer, Baer & Baer,   Suite 2510, 100 N. Main Building,
               Memphis, TN 38103-0561
3518563      +William R. Wumer,   30294 Waterford Drive,   Perrysburg, OH 43551-3480
3899811       Zoom Auto Group,   7629 Silverthorn Dr.,   Aba, MI 49301
```

```
District/off: 0651-2           User: renita              Page 3 of 3                Date Rcvd: Jan 08, 2009
Case: 01-34950                 Form ID: pdford02         Total Served: 136

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Jan 09, 2009.
3628132        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2009 04:06:12     Discover,    PO Box 30952,
               Salt Lake City UT 84130
3873897       +E-mail/Text: ustpregion08.me.ecf@usdoj.gov                          U.S. Trustee's Office,
               Attn: Ellen B. Vergos,   200 Jefferson Ave.,#400,   Memphis, TN 38103-2374
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptcrd         Charles L. Peet
ptcrd         Christopher Phillips
cr            David Geisler
cr            Foster Accountancy, Inc.
cr            Harriette Coleman
ptcrd         Henry M. Wright
cr            John N. Allen
cr            John Tuso
ptcrd         Jon Venable
cr            Lundahl & Associates
ptcrd         Lynn E. Barr
cr            Murdo Motors, Inc.
cr            Pioneer Auto Museum
cr            T&C Restorations, Inc.
intp          Thomas Abell
cr            Thomas Tuso
cr            William Hamill
cr            William R. Wumer
3899798*      Bruce Taylor,    P.O. Box 38409,   Germantown, TN 38183-0409
3949644*     +Dick Moore, Inc.,    6565 Highway 51 North,   Millington, TN 38053-7836
                                                                                             TOTALS: 18, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2009**                    **Signature:**   _Joseph Speetjens_