UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE:   **GREEN VALENTINE, INC.** | Case No. 01-34950-DSK |
| **Debtor.** | Chapter 7 |

### TRUSTEE' FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED, AND APPLICATION FOR DISCHARGE PURSUANT TO F.R.B.P. 5009

P. Preston Wilson, Trustee of the estate of the above-named debtor(s), certifies to the Court and the United States Trustee under penalty of perjury that this estate has been fully administered. A Trustee's Request to Close has been filed and proper disbursements completed. No funds or assets of the estate remain. All canceled checks have been heretofore submitted to the United States Trustee and the estate bank statement in the above-styled matter shows a -0- balance.

Therefore, pursuant to Fed.R.Bankr.P. 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed an discharge the Trustee of any further duties.

Dated: <u>February 16, 2008</u>.

                                      Respectfully submitted,

                                      <u>  /s/ P. Preston Wilson         </u>
                                      P. Preston Wilson
                                      Attorney for Chapter 7 Trustee
                                      (w/permission for Madalyn S. Greenwood
                                      to sign for filing)
                                      88 Union Avenue, 14th Floor
                                      Memphis, TN 38103
                                      Phone (901) 523-1110
                                      Fax (901) 523-1139

Chapter 7

REVIEW BY UNITED STATES TRUSTEE

    The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

                RICHARD CLIPPARD
                UNITED STATES TRUSTEE, REGION VIII

                /s/   Madalyn S. Greenwood
                Madalyn S. Greenwood
                Assistant U.S. Trustee

        Dated:

Case 01-34950   Doc 345   Filed 02/24/09   Entered 02/24/09 16:24:14   Desc Main
                         Document      Page 3 of 4

| PART A | FORM 4 - Distribution Report for Closed Asset Cases | Version 2 |

Case No. : 5120134950  
Date Submitted: 02/05/09  
Case Name : GREEN VALENTINE, INC.  
Trustee Name : P. PRESTON WILSON  
Date Filed/Converted to Ch. 7 : 10/29/01

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $568,875.38 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|   Exemptions | 0.00 | 0.00% |
|   Excess Funds | 0.00 | 0.00% |
|   Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$568,875.38** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS: | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $43,693.77 | $31,693.77 | 5.57% |
|   Trustee Expenses | 0.00 | 0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 265,219.53 | 134,880.20 | 23.71% |
|     Trustee's Firm Legal Expenses | 14,720.74 | 8,531.48 | 1.50% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 20,509.00 | 20,509.00 | 3.61% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 2,494.29 | 2,494.29 | 0.44% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 4,800.00 | 3,750.00 | 0.66% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $351,437.33 | $201,858.74 | 35.48% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)** (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 13,332.26 | 13,056.21 | 2.30% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $13,332.26 | $13,056.21 | 2.30% |
| **GENERAL UNSECURED CLAIMS** | $2,987,179.89 | $353,960.43 | 62.22% |
| **TOTAL DISBURSEMENTS** | $3,351,949.48 | $568,875.38 | 100.00% |

**PART B**  FORM 4 - Distribution Report for Closed Asset Cases  Version 2

Case No.  : 5120134950
Case Name : GREEN VALENTINE, INC.
Date Filed/Converted to Ch. 7 : 10/29/01

Date Submitted: 02/05/09
Trustee Name : P. PRESTON WILSON

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |