# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

IN RE:

GREEN VALENTINE, INC.                    CASE NO.  01-34950-DSK

Debtor.                                  Chapter 7

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

TO THE HONORABLE JUDGES OF THE
UNITED STATES BANKRUPTCY COURT

**UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE** United States of America, the undersigned attorney, Ralph T. Gibson states that the following information is true and correct.

I therefore request an order releasing the total amount of funds which is the sum of all monies deposited with the Court on behalf of the following creditors for their interim distributions:

1. Lynn Barr                $14,431.14
2. Robert Damon             $6,000.00
3. Henry Wright             $6,012.95
4. John Venable             $11,063.87
5. Henry and Linda Clark    $1,954.22
6. John Tuso                $6,975.05
7. Mark Marusick            $7,215.57
8. John B. Wood, Jr.        $2,545.71
9. Roberta Kugele           $1,967.27
10. Charles Peet            $3,352.20
11. Larry Kay               $4,566.87
12. Jerry Ball              $7,025.95
13. Charles Montano         $4,356.09

I am the attorney for the creditors named above and my name and address Ralph

T. Gibson, Attorney, Bateman Gibson, LLC, 65 Union Avenue, Suite 1010, Memphis, TN 38103.

**BATEMAN GIBSON, LLC**

By: /s/: Ralph T. Gibson
**Ralph T. Gibson #14861**
Cotton Exchange Building
65 Union Avenue, Suite 1010
Memphis, Tennessee 38103
(901) 843-2466

Attorney for claimant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by hand-delivery upon the following individuals this 26th day of March, 2009.

Chapter 7 Trustee
88 Union Avenue, 14th Floor
Memphis, TN 38103

U.S. Trustee
Finance Department
200 Jefferson Avenue, Suite 400
Memphis, TN 338103

/s/: Ralph T. Gibson
Ralph T. Gibson