UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

OCT 25 2010

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TEXAS

Oct
Nov 20th 2010

Bankruptcy Clerk,

I have been waiting for a final check from Case # 01-34950-DSK. I talked with P. Preston Wilson Trustee on 10-19-10. He told me to contact you. I received my first Paymnt Appox Mid April 2007, then Received a statemnt Mid feb 2009. I have been expecting a check for $6323.36. So far I have not heard from anyone. Can you please help. Thank you.

RON BALLOU
P.O. Box 7105
VISALIA, Ca. 93290
(559) 623-1690

**Dated: February 03, 2009**
**The following is SO ORDERED:**



RECEIVED

OCT 2 5 2010

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

_David S. Kennedy_
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

IN RE:          GREEN VALENTINE, INC.,                    Case No. 01-34950-DSK

                Debtor.                                   Chapter 7

## AMENDED ORDER APPROVING ADMINISTRATIVE CLAIMS AND
## DISBURSEMENT OF FUNDS

The Chapter 7 Trustee, has filed a Request to Close the above-styled and case and due

notice has been given of the said and of the Trustee's recommendation for allowance and

disallowance of claims.

No additional claims have been field which were not included in the Notice of Filing of

Trustee's Request to Close, and there were no objections to the Trustee's Request to Close.

WHEREFORE, it appearing to the Court that the said request and recommendations are

proper and should be approved and allowed; that all of the property of the debtor has been

reduced to money; that all funds have been placed in a non-interest bearing account; and that

said estate has been fully administered except for making distribution of the balance in the hands

of the trustee, to wit: $232,970.80.

030877

OCT 2 5 2010

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TEXAS
RECEIVED

It is, hereby ORDERED that:

(1)    The Request to Close case and recommendation of allowance and disallowance of claims be, and the same hereby are, approved.

(2)    The Trustee make the following disbursements from the balance on hand, which sums are hereby fixed and allowed as follows (pursuant to Bankruptcy Rule 30; dividends of less that $5.00 will not be disbursed to creditors, but will be turned over to the Clerk of Court):

|  | Proposed Distribution | Actual Interim Distribution (Apr. 07) |
|---|---|---|
| P. PRESTON WILSON, Trustee | | |
| Trustee Commission | $19,693.77 | 12,000.00 |
| (Based on Receipts of $568,875.38) | | |
| Trustee Expenses | $    0.00 | |
| P. PRESTON WILSON, Attorney for the Trustee | $ 6,345.50 | |
| Attorney for the Trustee Expenses | $   247.64 | |

DISTRIBUTION TO PRIORITY CLAIMS 100.000%

| | | |
|---|---|---|
| 10. | Department of the Treasury | 5,020.94 |
| 26. | City of Memphis Treasurer | 276.05 |
| 65. | Tennessee Department of Revenue | 619.24 |
| 66. | Internal Revenue Service | 7,416.03 |

DISTRIBUTION TO UNSECURED CREDITORS   12.025951%

| | General Unsecured | Allowed Claim Amount | Proposed Distribution | Actual Interim Distribution (Apr. 07) |
|---|---|---|---|---|
| 3. | E.J. Prescott, Inc. | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 4. | Todd Jodarski, Hollingsworth | $ 20,000.00 | $ 1,405.19 | $1,000.00 |
| 6. | William Hamill | $ 50,338.50 | $ 3,536.75 | $2,516.93 |
| 7. | Lynn E. Barr | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 8. | Ed Suddarth | $ 54,250.00 | $ 3,811.58 | $2,712.50 |
| 10A. | Department of Treasury | $  1,683.61 | $   118.29 | $   84.18 |
| 14. | Robert S. Frem | $ 20,000.00 | $ 1,405.19 | $1,000.00 |
| 15. | Robert Boulduc | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 16. | Patton & Taylor | $ 30,675.00 | $ 2,155.21 | $1,533.75 |
| 17. | Bruce Taylor | $ 30,675.00 | $ 2,155.21 | $1,533.75 |
| 18. | The Joel A. Laub and Kimberly L. Laub Family Trust | $ 57,500.00 | $ 4,039.92 | $2,875.00 |
| 20. | Joel Laub | $ 57,500.00 | $ 4,039.92 | $2,875.00 |
| 23. | Paul Lenczuk | $149,375.00 | $10,495.01 | $7,468.75 |
| 24. | Rich Adams | $ 51,000.00 | $ 3,583.23 | $2,550.00 |

OCT 2 5 2010

JED G. WEINTRAUB
CLERK OF COURT
DISTRICT OF TEXAS

RECEIVED

| | | | | |
|---|---|---|---|---|
| 31. | Dick Moore, Inc. | $ 12,000.00 | $ 843.11 | $ 600.00 |
| 32. | Blaine Jenkins | $ 30,000.00 | $ 2,107.79 | $1,500.00 |
| 34. | Ron Ballou | $ 90,000.00 | $ 6,323.36 | $4,500.00 |
| 35. | Peter Davis, Inc. | $ 90,000.00 | $ 6,323.36 | $4,500.00 |
| 36. | James F. Coté | $ 40,000.00 | $ 2,810.38 | $2,000.00 |
| 37. | T.C. Restorations | $ 78,000.00 | $ 5,480.24 | $3,900.00 |
| 38. | Michael Coleman | $120,000.00 | $ 8,431.14 | $ 675.00 |
| | | | | $5,325.00 |
| 39. | Earle H. Harbison, Jr. | $ 65,000.00 | $ 4,566.87 | $3,250.00 |
| 41. | Richard Patry | $ 95,000.00 | $ 6,674.65 | $4,750.00 |
| 43. | Dave Matheson | $ 80,000.00 | $ 5,620.76 | $4,000.00 |
| 44. | William R. Wurmer | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 45. | Eugene D. Gauthreaux | $182,000.00 | $12,787.23 | $9,100.00 |
| 46. | Rusty Gant | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 47. | Thomas A. Tuso | $ 30,000.00 | $ 2,107.79 | $1,500.00 |
| 48. | Charlie Montano | $ 62,000.00 | $ 4,356.09 | $3,100.00 |
| 49. | Roberta Kugele | $ 28,000.00 | $ 1,967.27 | $1,400.00 |
| 50. | Harry and Linda Clark | $ 16,250.00 | $ 1,141.72 | $ 812.50 |
| 51. | John B. Wood, Jr. | $ 22,000.00 | $ 1,545.71 | $1,100.00 |
| 52. | Robert A. Damon | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 53. | Henry Wright | $ 50,000.00 | $ 3,512.98 | $2,500.00 |
| 54. | Charles L. Peet | $ 47,000.00 | $ 3,352.20 | $2,300.00 |
| 55. | Jerry E. Wood | $120,000.00 | $ 8,431.14 | $6,000.00 |
| 56. | Larry Kay | $ 65,000.00 | $ 4,566.87 | $3,250.00 |
| 58. | Jerry L. Ball | $100,000.00 | $ 7,025.95 | $5,000.00 |
| 59. | John Venable | $ 92,000.00 | $ 6,463.87 | $4,600.00 |
| 60. | Christopher Phillips | $ 35,000.00 | $ 2,459.08 | $1,750.00 |
| 61. | John T. Tuso | $ 58,000.00 | $ 4,075.05 | $2,900.00 |
| 62. | Mark Marusich | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 63. | Norman N. Blake, III | $ 55,000.00 | $ 3,864.27 | $2,750.00 |
| 64. | Empire Express, Inc. | $ 60,000.00 | $ 4,215.57 | $3,000.00 |
| 67. | Thomas L. Abell | $ 16,000.00 | $ 1,124.15 | $ 800.00 |
| 68. | Ed Sudarth | $ 45,000.00 | $ 3,161.68 | $2,250.00 |
| 71. | Paul Lenczuk | $ 50,062.50 | $ 3,517.36 | $2,503.13 |
| 73. | David R. Marker, DDS | $ 23,000.00 | $ 1,615.97 | $1,150.00 |
| 74. | Walter Wolfner | $ 43,200.00 | $ 3,035.21 | $2,160.00 |
| 75. | Terence Cudmore | $ 8,500.00 | $ 597.21 | $ 425.00 |

**TOTAL DISBURSEMENT**   $2,941,009.61   $206,683.89   $147,000.49

It is further ORDERED that the Trustee file a Final Report and Account after said

disbursement and the Trustee shall thereafter be discharged and the case be closed as provided by law.

030877



Submitted and Approved By:

/s/ P. Preston Wilson
P. Preston Wilson,
Attorney for the Trustee
88 Union Avenue, 14th Floor
Memphis, TN 38103
Phone 901-523-1110
Fax 901-523-1139

Parties to be served:
All Entities on Matrix