# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Green Valentine, Inc.

Debtor(s).

Case No.   01–34950   dsk
Chapter   7

Adversary No.

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

*353* – Application for Payment of Unclaimed Funds In the Amount of 4,039.92 Filed by Joseph A. Livesay Sr. on behalf of Power of Attorney for Laub Family Trust Dilks & Knopik, LLC (Livesay, Joseph)

on October 25, 2010.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **November 16, 2010 at 09:30 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 945, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by November 9, 2010   and served as required pursuant to L.B.R. 9013–1.**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
    **All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013–1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Jed G. Weintraub
CLERK OF COURT**

**BY:  Tonya Lepone**

_____
   **Deputy Clerk
DATE:  October 27, 2010**
 [combrelcco30]Order/Notice combined Rel 11–03

Case 01-34950   Doc 359   Filed 10/29/10   Entered 10/30/10 01:18:09   Desc Imaged
                        Certificate of Service    Page 2 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0651-2           User: tonya                  Page 1 of 3                  Date Rcvd: Oct 27, 2010
Case: 01-34950                 Form ID: combrel             Total Noticed: 132

The following entities were noticed by first class mail on Oct 29, 2010.
db           +Green Valentine, Inc.,    5055 Covington Way,    Memphis, TN 38134-5699
aty          +Alan L. Smoot,    Smoot & Utzman, P.C.,    2902 W. Main STreet, Suite 3,
               Rapid City, SD 57702-8174
aty           Barbara K. Hamilton,    c/o Becket & Lee LLP,    P.O. Box 3001 Dept. AC,    Malvern, PA  19355-0701
aty          +James R. Becker,    8 South Third Street,    Fifth Floor,    Memphis, TN 38103-2634
aty           James R. Becker,    5100 Poplar Ave. Ste 3200,    Memphis, TN  38137-3200
aty          +John W. McQuiston,    1000 Ridgeway Loop Road,    Suite 200,    Memphis, TN 38120-4036
aty          +Lawrence E. Baer,    The Baer Firm,    200 Jefferson Ave., Suite 725,    Memphis, TN 38103-8336
aty          +Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
aty          +Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Cotton Exchange Bldg.,    Memphis, TN 38103-5166
cr           +American Express Centurion Bank,    % Becket & Watkins,    P.O. Box 3001,    Malvern, PA 19355-0701
cr            Empire Express, Inc.,    c/o Timothy H. Gatlin,    999 Channel,    Memphis, TN  38109
cr            John C. Mesloh,    c/o James R. Becker, Jr.,    5100 Poplar Ave. Ste 3200,
               Memphis, TN  38137-3200
cr           +Power of Attorney for Joel A. Laub Dilks & Knopik,,    c/o Joseph A. Livesay, Sr.,
               239 Adams Avenue,    Memphis, TN 38103-1921
cr           +Power of Attorney for Laub Family Trust Dilks & Kn,    c/o Joseph A. Livesay, Sr.,
               239 Adams Avenue,    Memphis, TN 38103-1921
             +The Joel A. Laub and Kimberly L. Laub Family Trust,    c/o Dilks & Knopik, LLC,
               Attn: Brian J. Dilks,    POB 2728,    Issaquah, WA 98027-0125
cr           +Walter J. Wolfner,    10411 Lylewood Dr.,    St. Louis, MO 63131-2904
3628114      +Alan Kochek,    c/o Bruce Feldbaum,    100 N. Main Street,    Memphis TN 38103-5011
27300942     +Alan Smoot,    Attorney at Law,    403 National Street Suite 1,    Rapid City, SD 57702-5908
3481943      +American Express Centurion Bank,    c/o Becket & Lee LLP,    P O Box 3001,    Malvern, PA 19355-0701
3628115      +Bill Hamill,    33 Collins Road,    Yarmouth ME 04096-7306
3628116      +Bill Wumer,    30294 Waterford Drive,    Perrysburg OH 43551-3480
3949645      +Blaine Jenkins,    c/o Richard L. Winchester, Jr., Esq.,    6060 Poplar Ave., Suite 295,
               Memphis, TN 38119-0907
3628117      +Blaine Jenkins,    38774 Trinidad Circle,    Palm Springs CA 92264-0223
3628118      +Bob Buldoc,    170 Perry Street,    Lowell MA 01852-3623
3628119      +Bob Damon,    1910 Straits View Drive,    Triburon CA 94920-1821
3628120      +Bob Dixon,    1201 N. State Street,    Belvidere IL 61008-2014
3628121       Bob Frem,    284 E. Temple Street,    Boyleston MA 01505
3628122      +Bruce Taylor,    P.O. Box 38409,    Germantown TN 38183-0409
3628123      +Cecil Lamberson,    2176 West Street,    Germantown TN 38138-3869
4027613      +Charles L. Peet,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3628124      +Charles Morse,    1500 42nd Avenue, East,    Seattle WA 98112-3855
3628125      +Charlie Montano,    37 Kingsboro Avenue,    Gloversville NY 12078-3410
3628126      +Charlie Peet,    13260 Bryan Flat Road,    Jackson WY 83001-8856
3628127      +Christopher Phillips,    1610 Wynkoop Street,    Suite 500,    Denver CO 80202-1178
3873901      +City Attorney's Office,    125 Mid-American Mall,    Rm. 314,    Attn: Bankruptcy Clerk,
               Memphis, TN 38103-2079
3926863      +City of Memphis Treasurer,    125 N. Main,    Room 301, City Hall,    Memphis, TN 38103-2080
3628128       Dave Geisler,    503 E. Fifth Street,    Murdo SD 57559
3628129      +Dave Matheson,    c/o Todd M. Machnik, Esq,    1000 Franklin Village Dr,    Franklin MA 02038-4001
3499519      +David Geisler,    c/o Alan L. Smoot,    2902 W. Main, Suite 3,    Rapid City, SD 57702-8174
3628130      +Dean Lauterbach,    1910 First Avenue, East,    Newton IA 50208-4101
3899003      +Department of the Treasury,    Internal Revenue Service,    801 Broadway, MDP #146,
               Nashville, TN 37203-3811
3628131      +Dick Moore,    6565 Highway 51 North,    Millington TN 38053-7836
3628133       Don Wright,    c/o George McCrary,    2850 Bartlett Road,    Memphis TN 38134-4502
3885068      +E.J. Prescott, Inc.,    Peter E. Prescott,    c/o E.J. Prescott, Inc.,    P.O. Box 600,
               Gardiner, ME 04345-0600
3628134       Earl Marbison,    8812 Maryland Avenue,    Suite 250,    St Louis MO 63105
3980221       Earle H. Harbison, Jr.,    8812 Maryland Avenue, Suite 250,    St. Louis, MO 63105
3628135      +Ed Gatlin,    Empire Express, Inc.,    PO Box 13468,    Memphis TN 38113-0468
3892013      +Ed Suddarth,    c/o Concours West Inc.,    31352 Via Santa Maria,
               San Juan Capistrano, CA 92675-5534
4029880      +Empire Express, Inc.,    c/o Steven N. Douglass, Esq.,    2700 One Commerce Square,
               Memphis, TN 38103-5527
3997775      +Eugene D. Gauthreaux,    c/o Scott J. Crosby,    130 N. Court Avenue,    Memphis, TN 38103-2217
3564489      +Foster Accountancy, Inc.,    748 Charles Place,    Memphis, TN 38112-1603
3628138      +George Cates,    6584 Poplar Avenue,    Germantown TN 38138-3687
3620194      +Harriette Coleman,    c/o John McQuiston, II,    1000 Ridgeway Loop Road,    Suite 200,
               Memphis, TN 38120-4036
4027604      +Harry and Linda Clark,    c/o Ralph T. Gibson,    67 Union Avneue, Suite 1010,
               Memphis, TN 38103-5113
3628139      +Henry Clark,    28765 Single Oak Drive,    Suite 250,    Temecula CA 92590-3657
3628140      +Henry Wright,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3873895       Internal Revenue Service,    801 Braodway, MDP 146,    Attn: Insolvency Section,
               Nashville, TN 37203
3628142      +Jack Griffiths,    1001 Elm Street,    Suite 205,    Manchester NH 03101-1845
3899801      +James Cole,    c/o Mendelson Law Firm,    P.O. Box 17235,    Memphis, TN 38187-0235
3628143      +James Davis,    PO Box 731,    Mahwah NJ 07430-0731
3628147      +James F. Cote,    c/o RMS, Inc.,    1390 Quail Lake Loop,    Colorado Springs, CO 80906-4648
27266358      James R. Becker,    Crone-Mason, PLC,    5100 Poplar Ave., Suite 3200,    Memphis, TN 38137-3200
3628144      +Jeff Bloom,    550 Paiea Street,    Honolulu HI 96819-1856
4027614      +Jerry E. Wood,    c/o Ralph T. Gibson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
4027619      +Jerry L. Ball,    c/o Ralph T. Gibson,    65 Union Avenue/#101,    Memphis, TN 38103-5196
3628146      +Jerry Wood,    11427 Glenora Drive,    Houston TX 77065-2716
3628148      +Jim Karas Buick,    2080 Covington Pike,    Memphis TN 38128-6982
3628149      +Joel Laub,    9555 Del Webb Blvd.,    Las Vegas NV 89134-8317
4027607      +John B. Wood, Jr.,    c/o Ralph T. GIbson,    65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
```

```
District/off: 0651-2          User: tonya                Page 2 of 3                   Date Rcvd: Oct 27, 2010
Case: 01-34950                Form ID: combrel           Total Noticed: 132

3628150       +John Bohnen,   c/o William Mortimer,    7630 S. County Line Road,   Unit 7,
               Burr Ridge IL 60527-4717
3628151       +John Breen,   20 Coburn Road,   Manchester CT 06040-4402
3502527       +John C. Mesloh and T&C Restorations, Inc,   c/o James R. Becker, Jr.,   Crone & Mason, PLC,
               8 South Third, 5th Floor,   Memphis TN 38103-2657
3628152       +John N. Allen,   321 First Avenue, North,   Minneapolis MN 55401-1609
3628153        John Reeve,   One Classic Car Drive,   Blenheim Ontario, Canada  NOPLA
4027627       +John T. Tuso, P.O. Box 2001,   Frisco, Colorado 80443,   c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3628154       +John Tuso,   PO Box 35,   Frisco CO 80443-0035
3628155       +John Venable,   6614 Medlin Road,   Monroe NC 28112-7350
4027622       +John Venable, 6614 Medlin Road,   Monroe NC 28112,    c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3628156       +Larry Kay,   c/o Ralph T. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3899709       +Lauterbach Buick Pontiac,   1910 1st Avenue East,   Newton, IA 50208-4199
3540633       +Lundahl & Associates,   c/o Frank Holloman, Esq.,   242 Poplar Avenue,   Memphis, TN 38103-1946
3628157        Lynn Barr,   1450 Industrial Ave.,   Sebastopol, CA 95472-4848
3891957       +Lynn E. Barr,   c/o Ralph T. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
3628158       +Mark Heffington,   3215 Appling Road,   Bartlett TN 38133-3999
4027630       +Mark Marusich, 8550 E. Montecito Avenue,   Scottsdale Arizona 85251,   c/o Ralph T. Gibson,
               65 Union Avenue, Suite 1010,    Memphis, TN 38103-5166
3628159        Mark Marusick,   9550 E. Montecito Avenue,   Scottsdale AZ 85251
3628160       +Massachusettes Mutual,   PO Box 371309,   Pittsburg PA 15250-7309
3628161       +Master Card,   P.O. Box 6,   Tupelo MS 38802-0006
3628162       +Michael Coleman,   2005 Highway 82 West,   Greenwood MS 38930-2720
3499520       +Murdo Motors, Inc.,   c/o Alan L. Smoot,   2902 W. Main, Suite 3,   Rapid City, SD 57702-8174
3628163       +Norman H. Blake, III,   c/o Scott Crosby, Esq.,   130 N. Court Avenue,   Memphis TN 38103-2217
4029476       +Norman N. Blake, III,   c/o Steven N. Douglass,   2700 One Commerce Square,
               Memphis, TN 38103-5527
3899789        Patton & Taylor,   P.O. Box 38409,   Germantown, TN 38183-0409
3628164       +Paul Callens,   PO Box 19,   Pickwick Dam TN 38365-0019
3628165       +Paul Lenczuk,   1313 Ensell Rd.,   Lake Zurich, IL 60047-1535
3628166       +Peter Davis, Inc.,   5613 Greenville Loop Rd.,   Wilmington, NC 28409-2316
3628167        Peter Prescott,   PO Box 600,   Gardiner, ME 04345-0600
3499518       +Pioneer Auto Museum,   c/o Alan L. Smoot,   2902 W. Main, Suite 3,   Rapid City, SD 57702-8174
3628168       +Rich Adams,   1618 Lincoln Road,   McHenry IL 60051-7850
3628169       +Richard Patry,   34 Wepawaug Road,   Woodbridge CT 06525-2423
4027610       +Robert A Damon,   c/o Ralph T. Gibson,   65 Union Avenue, Sutie 1010,   Memphis, TN 38103-5196
26738751      +Robert Bolduc,   170 Perry St.,   Lowell, MA 01852-3623
3899788       +Robert Bolduc,   c/o Mendelson Law Firm,   P.O. Box 17235,   Memphis, TN 38187-0235
3899786       +Robert S. Frem,   c/o Albert G. McLean, Attorney,   Bateman, Gibson & Childers, LLC,
               65 Union Ave., Suite 1010,   Memphis, TN 38103-5166
4027601       +Roberta Kugele,   c/o Ralph t. Gibson,   65 Union Avenue, Suite 1010,   Memphis, TN 38103-5166
28207198       Ron Ballou,   Golden State Feeds, Inc.,   PO Box 173875,   Tulane, CA 93275
3628170       +Ron Ballou,   Golden State Feeds, Inc.,   P.O. Box 7105,   Visalia, CA 93290-7105
3628171        Rusty Gant,   1511 S. Vulture Mine Rd.,   Wickesburg AZ 85390
3628172        Sears,   86 Annex,   Atlanta GA 30386
3628173        Steve Seiter,   Seiter and Miller Advertising,   460 Park Ave. S. Floor 5,
               New York NY 10016-7315
3628174       +T & C Restorations,   199 Liberty Avenue,   Mineola NY 11501-3513
3972703       +T.C Restorations,   C/O Crone & Mason, PLC,   8 So. Third Street, Fifth Floor,
               Memphis,TN 38103-2634
3873893        TN Attorney General’s Office,   Bankruptcy Unit,   426 5th Ave. North, 2nd Floor,
               Nashville, TN 37243-0489
4058192       +Tennessee Dept. of Revenue,   c/o Attorney General,   P.O. Box 20207,   Nashville, TN 37202-4015
27813938      +Terence Cudmore,   c/o Henry C. Shelton, III,   Armstrong Allen, PLLC,
               80 Monroe Avenue, Suite 700,   Memphis, TN 38103-2467
3628175       +Terry Johnson,   3750 S. Corona Street,   Englewood CO 80113-7513
3899810       +The Joel D. Laub and Kimberly L. Laub,   Family Trust,   Joel Laub, Trustee,
               9555 Del Webb Blvd.,   Las Vegas, NV 89134-8317
3953423       +Thomas A. Tuso,   P.O. Box 2550,   Frisco, CO 80443-2550
3628176        Thomas Tuso,   606 Little Cheif Way,   Frisco CO 80443
3628177       +Todd Jodarski,   262 W. 77th Street,   Indianapolis IN 46260-3608
3891756       +Todd Jodarski,   Hollingsworth & Associates,   J. David Hollingsworth,
               9202 N. Meridian St., Ste. 100,   Indianapolis, IN 46260-1810
3873899       +U.S. Attorney’s Office,   c/o Tax Division/Dept. of Justice,   P.O. Box 14198,
               Washington, DC 20044-4198
3628179       +VISA,   P.O. Box 385,   Memphis TN 38101-0385
27480631       Walter Wolfner,   6 Westfield Lane,   St. Louis, MO 63131-2424
3942831       +William E. Maloney,   853 Emerson Gardens Road,   Lexington, MA 02420-2614
3983463        William Eugene Wood,   c/o Peppel, Gomes & MacIntosh, PC Attys,   474 Perkins Ext., Ste. 205,
               Memphis, TN 38117-3879
3628180        William Eugene Wood,   K-10 Route 1,   Lake Lotowana MO 64086
3518563       +William R. Wumer,   30294 Waterford Drive,   Perrysburg, OH 43551-3480
3899811        Zoom Auto Group,   7629 Silverthorn Dr.,   Aba, MI 49301
The following entities were noticed by electronic transmission on Oct 27, 2010.
3873896       +E-mail/Text: barbara.zoccola@usdoj.gov                              AUSA,   200 Jefferson Ave.,
               Suite 811,   Memphis, TN 38103-2351
3628132        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 28 2010 02:50:45      Discover,   PO Box 30952,
               Salt Lake City UT 84130
3873897       +E-mail/Text: ustpregion08.me.ecf@usdoj.gov                           U.S. Trustee’s Office,
               Attn: Ellen B. Vergos,   200 Jefferson Ave.,#400,   Memphis, TN 38103-2374
                                                                                              TOTAL: 3
```

```
District/off: 0651-2          User: tonya              Page 3 of 3             Date Rcvd: Oct 27, 2010
Case: 01-34950                Form ID: combrel         Total Noticed: 132

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptcrd         Charles L. Peet
cr            Charles Montano
cr            Charles Peet
ptcrd         Christopher Phillips
cr            David Geisler
cr            Foster Accountancy, Inc.
cr            Harriette Coleman
cr            Henry Clark
ptcrd         Henry M. Wright
cr            Henry Wright
cr            Jerry Ball
cr            John B. Wood, Jr.
cr            John N. Allen
cr            John Tuso
cr            John Venable
ptcrd         Jon Venable
cr            Larry Kay
cr            Linda Clark
cr            Lundahl & Associates
cr            Lynn E. Barr
ptcrd         Lynn E. Barr
cr            Mark Marusick
cr            Murdo Motors, Inc.
cr            Pioneer Auto Museum
cr            Robert Damon
cr            Roberta Kugele
cr            T&C Restorations, Inc.
intp          Thomas Abell
cr            Thomas Tuso
cr            William Hamill
cr            William R. Wumer
3899798*      Bruce Taylor,    P.O. Box 38409,    Germantown, TN 38183-0409
3949644*     +Dick Moore, Inc.,    6565 Highway 51 North,    Millington, TN 38053-7836
27327073    ##+David R. Marker, D.D.S.,    3743 Sulphur Springs Road,    Toledo, OH 43606-2627
3628181     ##+Goldsmith's,    P.O. Box 4588,    Carol Stream IL 60197-4588
3894596     ##+Harry L. Clark,    41965 Mesa Verdugo,    Temecula, CA 92592-9218
3628141     ##+Irvin Prude,    7083 May Wood Lane,    Germantown TN 38138-5700
28591105    ##+Jerry L. Ball,    265 South Bay Drive,    Bullard, TX 75757-8948
4088796      ##Thomas L. Abell,    P.O. Box 1-2810,    Jackson, MS 39236-2810
3628178     ##+Tom Abel,    PO Box 12810,    Jackson MS 39236-2810
3558854     ##+William Hamill,    c/o Lawrence E. Baer,    Baer, Baer & Baer,    Suite 2510, 100 N. Main Building,
               Memphis, TN 38103-0561
                                                                              TOTALS: 31, * 2, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 29, 2010**                **Signature:**   *Joseph Speetjens*